# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE, INDIANA

| | |
|---|---|
| JENA LATIF | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:23-cv-00933 |
| | ) |
| UAW LOCAL 685 | ) |
| | ) |
| Defendant, | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

## JURISDICTION

1. This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice to sue on February 27, 2023.

## PARTIES

3. Plaintiff is disabled male and at all relevant times she resided in the Southern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

## FACTS

5. Plaintiff is a Black woman.

6. Plaintiff worked at Chrysler from June 1995 until she was wrongfully terminated on May 10, 2018.

7. Plaintiff was represented by the Defendant, for the duration of her employment.

8. Plaintiff filed multiple grievances with Defendant the discriminatory actions which were taken against her on the bases of her race and gender.

9. Defendant did not investigate, nor speak on her behalf, nor challenge the disciplinary actions, suspensions and termination.

10. On or around March 20, 2018, Plaintiff was called into the office with the Chrysler's Department Head.

11. Upon entering Plaintiff saw her committee representative already seated in the office.

12. During the meeting I was told that I was receiving a thirty day suspension for failure to enter a packing slip into the system or she would need to resign.

13. During the meeting, Plaintiff provided the committee representative evidence that other individuals failed to enter into the system and they were not suspended and did not receive corrective action.

14. The committee representative failed to question management regarding this.

15. Plaintiff complained to Chrysler's management and committee representative that individuals outside her protected class did not receive corrective action and were not suspended.

16. After Plaintiff's suspension, she returned to work and provided the committee representative with the evidence that individuals outside her protected class did the same thing she was accused of, however, they received no discipline.

17. Three weeks later, Plaintiff was terminated.

18. Plaintiff has gone through the Union Appeal Process and the final decision was upheld in May 2022.

19. Plaintiff was not represented by Defendant.

20. Plaintiff was discriminated against due to her race.

21. Plaintiff was discriminated against due to her gender.

22. Plaintiff was terminated due to engaging in protected activity.

## COUNT I

23. Plaintiff incorporates by reference paragraphs 1-22.

24. Defendant, as a result of failing to represent Plaintiff due to her gender, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT II

25. Plaintiff incorporates by reference paragraphs 1-22.

26. Defendant, as a result of failing to represent Plaintiff due to her gender, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT III

27. Plaintiff incorporates by reference paragraphs 1-22.

28. Defendant, as a result of failing to represent Plaintiff due to Plaintiff engaging in protected activity, violated Title VII 42 U.S.C. § 2000 et al.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E. Award Plaintiff his cost in this action and reasonable attorney fees;

F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

# REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 210-3416