**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **JENA LATIF** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:23-CV-00933-JMS-CSW** |
| | ) | |
| **UAW LOCAL 685** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Comes Now Plainitff, name-above, by undersigned counsel, and hereby moves this Court for an entry of Default Judgment against Defendant in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure as to UAW Local 685. Plaintiff respectfully requests the Court to set this matter for a hearing.

Date: June 10, 2024

Respectfully Submitted,

*/s/Amber K. Boyd*
Amber K. Boyd
amber@amberboydlaw.com
AMBER BOYD LAW
8510 Evergreen Avenue
Indianapolis, IN 46240
(317) 960-5070
***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served on Defendant's registered agent via Certified Mail.

*/s/Amber K. Boyd*
Amber K. Boyd