UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENA LATIF, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00933-JRS-CSW ) |
| UAW LOCAL 685, | ) ) |
| Defendant. | ) ) |

## Final Judgment

This case is **dismissed without prejudice**. This is a final judgment under Rule 58. The case is closed.

Date: 07/29/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution by CM/ECF to registered counsel of record